# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE FTD COMPANIES, INC. STOCKHOLDER DERIVATIVE LITIGATION | Lead Case No. 1:17-cv-02773 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)

Plaintiffs Nabil Atallah and Dennis Palkon ("Plaintiffs"), by and through their undersigned counsel of record, state as follows:

WHEREAS, on June 15, 2017, this Court consolidated two shareholder derivative actions that were pending in this District: *Atallah v. Apatoff, et al., 1:17-cv-02773*; and *Palkon v. Berglass, et al., 1:17-cv-03233* (together, the "Consolidated Derivative Action");

WHEREAS, Plaintiffs in the Consolidated Derivative Action have alleged violations of Section 14(a) of the Securities Exchange Act of 1934, breaches of fiduciary duties, unjust enrichment, and corporate waste against certain current and former officers and directors of Nominal Defendant FTD Companies, Inc.;

WHEREAS, following careful consideration, Plaintiffs have elected to voluntarily dismiss the Consolidated Derivative Action without prejudice. Counsel for Plaintiffs and Defendants have met and conferred, and agree that all parties will bear their own costs and fees upon Plaintiffs' voluntary dismissal. No payment or any other form of inducement has been made, nor will one be made, to Plaintiffs or their attorneys for the dismissal of the action;

WHEREAS, plaintiff in the related securities class action filed in this District, *Winograd v. FTD Companies, Inc., et al., 1:17-cv-02135*, filed notice of a voluntarily dismissal of his complaint and, on July 27, 2017, the Honorable Elaine E. Bucklo, United States District Judge, dismissed the case;

WHEREAS, under Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs are entitled to voluntarily dismiss the Consolidated Derivative Action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . .";

WHEREAS, under Fed. R. Civ. P. 23.1(c), notice is not required because the dismissal is without prejudice and no payment or other form of inducement has been offered or made to Plaintiffs and their counsel for dismissal of the action, and

THEREFORE, Plaintiffs, through their undersigned counsel, hereby dismiss the Consolidated Derivative Action without prejudice, with all parties to bear their own costs and fees.

Respectfully submitted,

July 31, 2017

**JOHNSON & WEAVER, LLP**
FRANK J. JOHNSON
PHONG L. TRAN

*/s/ Frank J. Johnson*
FRANK J. JOHNSON

600 West Broadway, Suite 1540
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 255-1856
Email: frankj@johnsonandweaver.com
          phongt@johnsonandweaver.com

*Lead Counsel and Counsel for Plaintiff Nabil Atallah*

**MILLER LAW LLC**
LORI A. FANNING
MARVIN A. MILLER
115 S. LaSalle Street, Suite 2910
Chicago, IL 60603
Telephone: (312) 332-3400
Email: lfanning@millerlawllc.com
          mmiller@millerlawllc.com

*Liaison Counsel for Plaintiff Nabil Attallah*

|  |  |
|---|---|
|  | **ROBBINS ARROYO LLP**<br>BRIAN J. ROBBINS<br>GEORGE C. AGUILAR<br>STEVEN M. MCKANY<br><br>*/s/ Brian J. Robbins*<br>BRIAN J. ROBBINS<br><br>600 B Street, Suite 1900<br>San Diego, CA 92101<br>Telephone: (619) 525-3990<br>Facsimile: (619) 525-3991<br>Email: brobbins@robbinsarroyo.com<br>           gaguilar@robbinsarroyo.com<br>           smckany@robbinsarroyo.com<br><br>*Lead Counsel and Counsel for Plaintiff Dennis Palkon* |
| Dated: July 31, 2017 | **MORRISSEY & DONAHUE, LLC**<br>CHARLES F. MORRISSEY<br>DARNELL R. DONAHUE<br>CASSIE R.S. STOCKERT<br>55 East Monroe, Suite 2905<br>Chicago, IL 60603<br>Telephone: (312) 967-1200<br>Facsimile: (312) 896-5959<br>Email: cfm@morrisseydonahue.com<br>           drd@morrisseydonahue.com<br>           crss@morrisseydonahue.com<br><br>*Liaison Counsel for Plaintiff Dennis Palkon* |

CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2017, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which caused a Notice of Electronic Filing to the counsel of record registered to the Court's CM/ECF system for this action.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 31, 2017.

*/s/ Frank J. Johnson*
FRANK J. JOHNSON

600 West Broadway, Suite 1540
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 255-1856
Email: phongt@johnsonandweaver.com